**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOSHUA LACEND,**<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>**PROGRESSIVE ADVANCED**<br>**INSURANCE COMPANY,**<br>　　　　　*Defendant.* | **Civil No. 26-3636** |

## ORDER

**AND NOW**, this 17th day of July, 2026, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 10) and all corresponding briefing, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum.  Plaintiff's bad faith claim (Count II) is **DISMISSED** without prejudice.  Plaintiff is granted leave to amend his Complaint no later than August 7, 2026.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARY KAY COSTELLO
　　　　　　　　　　　　　　　　　United States District Judge